IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARLON GREEN, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:17-CV-1032-D |
| ) | |
| STATE FARM, et al., ) | |
| Defendants. ) | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the June 22, 2017 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

In her findings, conclusions, and recommendation, the magistrate judge recommended that plaintiff's case be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court unless he filed an amended complaint and either paid the filing fee or filed an *in forma pauperis* application within the time for objecting to the recommendation, or by some other deadline set by the court. On July 3, 2017 plaintiff made a multi-page filing that appears to contain items such as evidence in support of his claim, documents related to Louisiana litigation with State Farm, documents related to the adjustment of his claim, and various complaints with Louisiana agencies. But nothing in this submission constitutes an amended complaint, nor has plaintiff yet paid the filing fee or filed an *in forma pauperis* application.

Accordingly, the court dismisses this lawsuit without prejudice by judgment filed today for failure to prosecute or follow orders of the court.

**SO ORDERED**.

July 20, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE