# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARLON GREEN, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:17-CV-1032-D |
| ) | |
| STATE FARM, et al., ) | |
|     Defendants. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's July 28, 2017 motion to proceed to trial and petition for summary judgment and his July 28, 2017application to proceed in district court without prepaying fees or costs are construed as seeking relief under Fed. R. Civ. P. 60(b) and are denied.

**SO ORDERED.**

August 31, 2017.

                                            _____
                                            SIDNEY A. FITZWATER
                                            UNITED STATES DISTRICT JUDGE